In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00389-CV
_____

IN RE COMMITMENT OF WESLEY WAYNE MILLER

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 06-02-01871 CV

**MEMORANDUM OPINION**

In an appeal from an order entered in a sexually-violent-predator proceeding, we are asked to address whether we possess appellate jurisdiction over an order changing the entity that approves where Wesley Wayne Miller is required to reside. We conclude that the trial court's order is not appealable, and we also conclude that mandamus relief on the issues Miller raises is not warranted. Accordingly, we dismiss the appeal for lack of jurisdiction.

Recently, in *In re Commitment of Cortez*, we addressed the same issues as set forth in Miller's brief and concluded that we did not have appellate jurisdiction

over his issues. No. 09-12-00385-CV, 2013 WL 3270613, at *2 (Tex. App.—Beaumont June 27, 2013, no pet. h.). We also considered whether Cortez raised issues entitling him to mandamus relief. *See id.* at **2-6.

For the same reasons stated in *Cortez*, we conclude that we lack appellate jurisdiction to review the trial court's order dated July 26, 2012, and that Miller has not demonstrated that he should receive mandamus relief. Accordingly, we dismiss Miller's appeal.

APPEAL DISMISSED.

                _____

                HOLLIS HORTON
                Justice

Submitted on July 10, 2013
Opinion Delivered August 15, 2013
Before McKeithen, C.J., Gaultney and Horton, JJ.